JS-6

1  JEFFREY W. KRAMER (SBN 71547)
   Email:      jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email:      amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:  (310) 553-4441
5  Facsimile:  (310) 201-4746

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10

11 BROADCAST MUSIC, INC.; CARL          Case No. EDCV 13-1322-GW(SPx)
   PERKINS MUSIC, INC.; SONY/ATV
12 SONGS LLC d/b/a SONY/ATV TREE        ORDER RE DISMISSAL WITH
   PUBLISHING; UNIVERSAL-SONGS          PREJUDICE
13 OF POLYGRAM INTERNATIONAL,
   INC.; EVIL EYE MUSIC, INC.;
14 SONGS OF UNIVERSAL, INC.;            Assigned for All Purposes To:
   CONCORD MUSIC GROUP, INC.            Hon. George Wu
15 d/b/a JONDORA MUSIC; ADULT
   MUSIC; SCREEN GEMS-EMI               Complaint Filed: July 30, 2013
16 MUSIC, INC.; WARNER-
   TAMERLANE PUBLISHING CORP.;
17 ELEKSYLUM MUSIC, INC.; NO
   SURRENDER MUSIC, A DIVISION
18 OF PRAXIS INTERNATIONAL
   COMMUNICATIONS, INC; CORAL
19 REEFER MUSIC; MIC SHAU MUSIC
   COMPANY; FOURTEENTH HOUR
20 MUSIC INC.; SPRINGTIME MUSIC,
   INC.; RONDOR MUSIC
21 INTERNATIONAL, INC. d/b/a
   IRVING MUSIC,
22
              Plaintiffs,
23      v.

24 GREEN TREE CAPITAL, LP d/b/a
   GREEN TREE INN & EXTENDED
25 STAY SUITES and LIZA TORKAN,
   individually,
26
              Defendants.
27

28

**TroyGould PC**

PROPOSED ORDER RE STIPULATION RE DISMISSAL

03202-0031 260506.1

## ORDER

Plaintiffs Broadcast Music, Inc.; Carl Perkins Music, Inc.; Sony/Atv Songs LLC d/b/a Sony/ATV Tree Publishing; Universal-Songs Of Polygram International, Inc.; Evil Eye Music, Inc.; Songs Of Universal, Inc.; Concord Music Group, Inc. d/b/a Jondora Music; Adult Music; Screen Gems-EMI Music, Inc.; Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc.; No Surrender Music, a Division Of Praxis International Communications, Inc; Coral Reefer Music; Mic Shau Music Company; Fourteenth Hour Music Inc.; Springtime Music, Inc.; Rondor Music International, Inc. d/b/a Irving Music (collectively, "Plaintiffs"), by their attorneys, and Defendants GT Hotels, Inc. and Liza Torkan (collectively, "Defendants"), by their attorneys, have stipulated that that the action be dismissed with prejudice.

Plaintiffs and Defendants have entered a Settlement Agreement resolving of all issues relating to this action. The parties request that this matter may be dismissed in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The parties further request that that this Court retain jurisdiction over this matter for enforcement of the settlement agreement and the consent judgment.

THEREFORE:

Good cause appearing therefor, IT IS HEREBY ORDERED:

(1) This action is hereby dismissed WITH PREJUDICE, each of the parties to pay their own costs of the action; and

(2) This Court shall retain jurisdiction over this matter for enforcement of the settlement agreement and the consent judgment.

IT IS SO ORDERED.

Dated: July 30, 2014

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

**TroyGould PC**

1
PROPOSED ORDER RE STIPULATION RE DISMISSAL

03202-0031 260506.1